IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:15MC48 |
| | ) | |
| SCOTT A. RANDOLPH, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on November 2, 2015 was served on the parties in this action. (ECF Nos. 4, 5.) No objections were filed within the time prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation in part.

IT IS HEREBY ORDERED AND ADJUDGED that the Petition (ECF No. 1) is GRANTED, and that Respondent Scott A. Randolph is hereby compelled to obey the Internal Revenue Service Summons served on him on December 22, 2014, by producing to IRS Revenue Officer Karl D. Weeman, or any other person designated by the IRS, all books, records, papers, and other data that are demanded by the summons and that are in his possession, custody, or control, by no later than December 9, 2015.

IT IS FURTHER ORDERED AND ADJUDGED that Respondent obey and fully comply with the IRS summons at issue in this proceeding by contacting IRS Revenue Officer Karl D. Weeman, or any other person designated by the IRS, to schedule his

interview at a mutually agreeable time, which interview shall take place after the production of records described above, but by no later than December 31, 2015, and by attending and fully answering all questions asked of him at such interview.

This, the 25th day of November, 2015.

                                                  /s/ Loretta C. Biggs
                                           United States District Judge